MICHAEL D. ROUNDS, ESQ., Nevada Bar No. 4734
mrounds@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

MEGHAN C. MURPHEY, ESQ. (*pro hac vice*)
mcmurphey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA  92705-4067
Telephone: (949) 863-3363
Facsimile:  (949) 863-3350

*Attorneys for Plaintiff Cenegenics, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENEGENICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL HEALTH INSTITUTE LLC, dba and/or aka MEDICAL HEALTH INSTITUTE, a Florida limited liability company,<br><br>Defendants. | CASE NO.: 2:19-cv-01674-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MEDICAL HEALTH INSTITUTE LLC TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiff Cenegenics, LLC ("Plaintiff"), and Defendant Medical Health Institute LLC, dba and/or aka Medical Health Institute ("Defendant") by and through their counsel of record, hereby stipulate and agree to extend Defendant's time to respond to Plaintiff's Complaint by 20 calendar days, from October 23, 2019 to November 12, 2019.

///

///

///

///

1

The basis for the extension is to provide the parties with time to continue discussions toward potential resolution of Plaintiff's claims and dismissal of this lawsuit.

IT IS SO STIPULATED.

DATED: October 22, 2019

BROWNSTEIN HYATT FARBER SCHRECK, LLP

 /s/ Meghan C. Murphey
MICHAEL D. ROUNDS, ESQ.
Nevada Bar No. 4734
mrounds@bhfs.com
MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

BURKE, WILLIAMS & SORENSEN, LLP
MEGHAN C. MURPHEY, ESQ.
(*pro hac vice*)
mcmurphey@bwslaw.com
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: (949) 863-3363
Facsimile: (949) 863-3350
*Attorneys for Plaintiff
Cenegenics, LLC*

DATED: October 22, 2019

jsaval@gattorneys.com
55 Miracle Mile, Suite 310
Coral Gables, Florida 33134
Office: (305) 930-7200
Fax: (305) 930-7400

*Attorneys for Defendant
Medical Health Institute LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
U.S. MAGISTRATE JUDGE
DATED: October 24, 2019

2