MICHAEL D. ROUNDS, ESQ., Nevada Bar No. 4734
mrounds@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

MEGHAN C. MURPHEY, ESQ. (*pro hac vice*)
mcmurphey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: (949) 863-3363
Facsimile: (949) 863-3350

*Attorneys for Plaintiff Cenegenics, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENEGENICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL HEALTH INSTITUTE LLC, dba and/or aka MEDICAL HEALTH INSTITUTE, a Florida limited liability company, <br><br> Defendants. | CASE NO.: 2:19-cv-01674-JAD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MEDICAL HEALTH INSTITUTE LLC TO RESPOND TO THE COMPLAINT** <br><br> **(Second Request)** |

Plaintiff Cenegenics, LLC ("Plaintiff"), and Defendant Medical Health Institute LLC, dba and/or aka Medical Health Institute ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 25, 2019, Plaintiff filed the instant action in this Court;

WHEREAS, on October 2, 2019, Plaintiff served Defendant with the Complaint;

WHEREAS, on October 23, 2019, Plaintiff and Defendant, by stipulation under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, extended Defendant's deadline to respond to the Complaint by twenty (20) days to November 12, 2019;

WHEREAS, the parties have made significant progress in their settlement discussions and anticipate completing a settlement agreement within seven days;

WHEREAS, the parties require additional time to finalize their settlement and submit a notice of dismissal; if settlement cannot be reached in that much time, Plaintiff will proceed with its claims;

WHEREAS, if the parties are successful in finalizing their settlement, there will be no need for any responsive pleading in this action;

WHEREAS, Plaintiff and Defendant have now stipulated and agreed that Defendant shall have a further extension of ten (10) days to respond to the Complaint, which results in a cumulative extension of no more than thirty (30) days;

WHEREAS, this is the second stipulation for extension of time to respond to the Complaint;

///
///
///
///
///
///
///
///

NOW, THEREFORE, the parties stipulate and agree as follows:

The response of Defendant to Plaintiff's Complaint shall be filed and served on or before Friday, November 22, 2019.

IT IS SO STIPULATED.

| DATED: November 12, 2019 | DATED: November 12, 2019 |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | GOLDSTEIN & COMPANY |
| /s/ Meghan C. Murphey<br>MICHAEL D. ROUNDS, ESQ.<br>Nevada Bar No. 4734<br>mrounds@bhfs.com<br>MAXIMILIEN D. FETAZ, ESQ.<br>Nevada Bar No. 12737<br>mfetaz@bhfs.com<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br><br>BURKE, WILLIAMS & SORENSEN, LLP<br>MEGHAN C. MURPHEY, ESQ.<br>(*pro hac vice*)<br>mcmurphey@bwslaw.com<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705-4067<br>Telephone: (949) 863-3363<br>Facsimile: (949) 863-3350<br>*Attorneys for Plaintiff*<br>*Cenegenics, LLC* | /s/ Joshua Saval<br>JASON GOLDSTEIN<br>jgoldstein@gattorneys.com<br>JOSHUA SAVAL<br>jsaval@gattorneys.com<br>55 Miracle Mile, Suite 310<br>Coral Gables, Florida 33134<br>Office: (305) 930-7200<br>Fax: (305) 930-7400<br><br>*Attorneys for Defendant*<br>*Medical Health Institute LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
U.S. MAGISTRATE JUDGE

DATED: November 13, 2019